

FILED

US SEP -1 AM 11:32

RICHARD W. WIEKING COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF                                                    *VRW*

Ronald L. Morris - #118879   CV  0 9   8 0  2 1 8MISC

_____/

**ORDER TO SHOW CAUSE**

It appearing that Ronald L. Morris has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that he may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why he should not be suspended from practice before this Court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Ronald L. Morris
Attorney at Law
30251 Golden Lantern, Suite E
Laguna Niguel, CA 92677

United States District Court
For the Northern District of California